## CASE NO. 05-15-00520-CV

| | | |
|---|---|---|
| IN THE MATTER OF | § | FIFTH COURT OF APPEALS |
| THE MARRIAGE OF | § | |
| | § | |
| MONICA YVETTE MANNING | § | DALLAS__ COUNTY, TEXAS |
| AND | § | |
| ZACHARIAH CEDRIC MANNING | § | |
| | § | |
| IN THE INTEREST OF | § | |
| ZCM, MRM AND EPM | § | STATE OF TEXAS |

LISA MATZ CLERK  2015 MAY -1  PM 4: 28  FILED IN 5TH COURT OF APPEALS

### MOTION FOR CLERK RECORD EXTENSION

The clerk record is soon to become past due or is past due in the above referenced cause. This was an accelerated case, but due to a typo in the Notice of Appeal, thus a First Amended Notice of Appeal was filed on May 1, 2015.

1. Appellant has been unable to get in contact with the Court Reporter.

2. Furthermore Appellant was sick 7 days of the required days for submitting the requested information.

For these extraordinary reasons is why Appellant is requesting the extension of 30 days or deemed fair reasonable by said Court.

Trial Court Case No. DF-13-22954

ZACHARIAH C. MANNING, PRO SE

Zachariah C. Manning Pro Se
8215 Forest Ln.
Dallas, Texas 75243
Telephone: (214) 597-8887
E-mail: manabar@hotmail.com

## Certificate of Service

I certify that a true copy of this MOTION FOR CLERK RECORD EXTENSION was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

**Kenneth Harter**, *Lead Attorney for Monica Yvette Manning*

**1620 E. Beltline Rd., Carrollton, TX 75006**, *Address of service*

**Personal & Email**, *Method of service*

**May 1, 2016**, *Date of service*

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure.

_____
Zachariah C. Manning
Pro Se for HUSBAND